■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER B., Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered December 19, 1979, which adjudicated him a youthful offender, after finding that he had committed the crimes of robbery in the second degree and endangering the welfare of a child, upon a jury verdict, and sentenced him to one indeterminate term of imprisonment with a maximum of three years. Judgment modified, on the law, by reversing the conviction of endangering the welfare of a child, the sentence is vacated, said count is dismissed, and the case is remitted to Criminal Term for imposition of a new sentence. As so modified, judgment affirmed. The facts have been considered and determined to be established. The crime of endangering the welfare of a child is one for which the defendant is not criminally responsible by reason of infancy (Penal Law, § 30.00). Therefore the verdict of

guilty as to this crime is deemed a nullity (CPL 310.85). A new sentence determination is required on the remaining count by virtue of Criminal Term's failure to impose separate sentences on each count. Margett, J.P., O'Connor, Weinstein and Bracken, JJ., concur.